COPY



# 5064 Grinder Checklist

1. Machine serial # 70-2-10-0001 _____ (Installers Russ, Blaine, Steve)
2. Engine serial # JRE 10891 _____ ECM# 316-7381 HP rate 540
   Engine family name (number) ACPXL15-2ESW
3. HPTO serial # Part # HPTO 15FX-91-100 / 1207-58 controller # A2287CR   RX-CMCMV-008-DA
4. Remote ID # 2.4 8499 TX-sn. 1151559 _____ RX-sn 1151560
   A. Decal for remote start---ok.
   B. Velcro or magnetic mount.
   C. Antenna lead OHM check---ok. Reading is 0.6
5. Switch removal tools in bottom of control panel--ok.
6. Drain holes in bottom of control panel and door---ok.
7. Air compressor---yes no. Accessories---yes no. Comp oil---ok
   Comp eng oil level---ok. Eng model CH430B  serial 5824105921
   Eng spec # CH430 0017 comp model TPO61403AV comp serial FH0909065
   Tank model 5F564A  tank serial 5/12/2010 week 9 eng runs---ok.
8. Machine configuration matches invoice---yes no   ✓A
   A. Correct screens installed_____ _____ extra's_____ _____ _____
   B. Rotor, screens, hammers, painted (overseas)---ok.  ✓A
   C. Mag. roller and chute---yes-----no. Set screwed---ok.
   D. Hydraulic jacks----------yes----no.
   E. Engine block heaters---yes----no.
9. Fluids---coolant level---ok.  Antifreeze good for -35°F
   A. Hyd. Level---ok. Filter # 4400136 _____ Gauge installed---ok.
   B. Clutch oil level---ok. Filter # 4400073 Spare for end user---ok.
   Changed filter after checklist completed---ok.
   C. Engine oil level---ok. Filter # CAT 1R-1808
10. Air fltrs instld---ok. Filter # (in) P781102 Donaldson (out) P781048 Donaldson
11. Fuel filters---primary 326-1643 _____ secondary 1R-0749 0101655
    Water _____

EXHIBIT 4

3:18-CV-256

12. Rotor brg temp: left _185_   right _163_
13. Belly belt---tracking _OK_   lacing _OK_
    belt cleaner--(ok) Seal adjustment---Left--(ok) Right--(ok)
14. Stacking belt---tracking _OK_   Lacing _OK_
    belt cleaner--(ok)
15. Conveyor pump pressure _____ gpm _____
16. Conveyor pressure---idle _650 PSI_ 2100 rpm _750 PSI_
17. *Local functions*:
    A. <u>Engine kill</u>--(ok)
    B. <u>Throttle</u> up\dn--(ok)
    C. <u>Conveyor run</u>--(ok)  raise\lower--(ok)  fold\unfold--(ok)
       Swing- left\right--(ok) Speed up\slow down---ok. Rev--(ok)
    D. <u>Work lights</u>--(ok)
    E. <u>Hyd. legs</u>
       1. <u>Eng side</u>. LF up/dn--(ok) RF up/dn--(ok) (*up is leg up* Machine)
          LR up/dn--(ok)  RR up/dn--(ok) (*dn is leg dn* Machine)
       2. <u>Aux. side</u> LF up/dn--(ok) RF up/dn--(ok)
          LR up/dn--(ok) RR up/dn--(ok)
    F. Table up/dn--(ok)
    G. Feed roller up/dn--(ok)
    H. Screens reset/retract (key pwr off)--(ok)
    I. Total grind hr meter--(ok) Job grind hr meter--(ok) Reset--(ok)
    J. Fuel gauge--(ok)
18. *Gauges operation*--(ok)
    _NA_ 1. Tach RPM matches control panel tach RPM---ok.
    2. Gauges labeled--(ok)

DTI01656

19. <u>*Clutch operation*</u>:
   A. Power LED on steadily---(ok)
   B. Input LED on steadily---(ok)
   C. PSI transducer LED on steadily---(ok)
   D. Engages---(ok) Disengages---ok.
       rpm range for engagement  700  to  1000   Won't @ 1075
   E. Output speed detected with clutch engaged---(ok)
   F. Safety switch light on if fault present---(ok)
       *(disconnect rtr cvr sw to simulate fault)*

20. <u>*Remote functions*</u>;
   A. <u>Engine</u> kill---(ok)
   B. <u>Throttle</u> up & dn---(ok)
   C. <u>Conveyor</u> up/down---(ok) swing---left/right---(ok). fwd ---(ok)
   D. Feed roll  fwd\rev---(ok) fast\slow---(ok) up\dn---(ok)
   E. Feed floor  FWD\ REV---(ok)  Fast/slow--(OK)
   F. Table up\dn---(ok)

21. <u>PLC</u>
   A. Scroll up/dn---(ok)
   B. Enter/Back---(ok)
   C. Cvys fwd latching (both cnvy's) ---(ok)  Conv Rev Belly only OK
   D. Feed flr fwd/rev, manual & auto, fast & slow---(ok)
   E. Feed roll fwd/rev, manual & auto, fast & slow---(ok)
       Dn psi---(ok)
   F. Floor control Auto/manual---(ok)
   G. Screen position sw-close sw, shows message on screen---(ok)
       Sends eng. to idle and disengages clutch---(ok)
   H. Rtr cover sw.-open sw, shows message on screen---(ok)
   I. Temp/level sw.-open sw, shows message on screen---(ok)
       Sends eng to idle and disengages clutch---(ok)

J. Feed floor PSI sw.- disconnect/reconnect sw floor rev.--ok.
   Disconnect sw. for 20 secs in operating mode, feed floor &
   feed roll stop--ok.
K. Feed psi sw.- disconnect/reconnect sw. roll reverses--ok.
   Disconnect sw. for 15 secs. In operating mode, feed floor &
   Feed roll stop--ok.
L. Belly cnvy psi sw.-disconnect/reconnect sw floor & roll
   Reverse--ok.
   Disconnect sw for 10 sec. in operating mode, belly convy,
   feed floor & feed roll stop--ok.
M. Clutch fault- creat a clutch fault (psi or temp)- display
   Shows clutch fault--ok.
   Sends engine to idle in 5 minutes--ok.
22. Vibs @ 2100 rpm ACC $\overset{P}{4}$.$\overset{L}{4}$ VEL $\overset{P}{.3}$.$\overset{L}{3}$ DISP $\overset{P}{2.3}$   $\overset{L}{2.4\text{-}2.9}$
23. ABS brakes check---ok. N/A Air brake function check--ok.
24. Grease all grease zirks on machine--ok.
N/A 25. Grease exposed hyd rams---ok.
N/A 26. Cotter pins installed in all hyd. cylinder yokes---yes.
27. Oil level in rear axles--ok.
28. Fire extinguisher--frame--yes x2 no. cab--yes N/A no, charged--ok.
29. Lights--tail--ok.  Stop---ok.  Turn--ok. Clearance---ok.
    ABS --yellow lite----ok. N/A
N/A 30. Oversize load sign installed---ok. N/A
31. Rotary screen rotation: direction--ok.  adjustment--ok.
32. All functions labeled--ok.
33. Engine door restraints--ok. Reinforce plates door handle--ok.
34. Paint  OK  USED Machine  PainT Worn in Areas
35. Photos overseas machines--yes.  Bob & Hairther
N/A 36. Attach copy of invoice---yes.

DTI01658

37. Battery terminal clamps tight--(ok)
38. All battery cables covered with hyd hose protector--(ok)
39. No wires or hoses hanging below frame rails--(ok)
40. Stickers- Pinch point---(ok)
41. Cat sticker on control panel----ok. NA
42. Rubber under hyd. tank--ok.
43. Lock nuts for hyd tank mts--(ok)
44. Ground bar wire terminals tight----ok.
45. Circuit breaker box terminals tight--(ok)
46. Master disconnect switch works and labled---(ok)
47. Insulate control panel door cable----ok.
48. Mud flaps installed---(ok)
49. Keys in tool box----ok. Key #_____ Lock works---ok.
50. Clutch reservoir rubber mounted---ok.
51. All relays fastened in the up position--(ok)
52. Radiator seal kit tight--(ok)
53. Bottom of lower discharge conveyor section painted--(ok)
54. All hyd hoses protected from sharp edges & other hoses-(ok)
55. Turbo plug tight--(ok)
56. Eng. manuals in office---(ok) CD--(ok) Parts--(ok) Key--(ok) Warranty reg.---ok. Op & maint. Manual--(ok)
57. Remote manual in manual box--(ok)
58. Manual box installed---(ok)
59. Air compressor manuals in manual box---(ok)
60. Auxiliary Functions:
    A: Table up/dn--(ok) B: Conveyor up/dn--(ok) L/R--(ok)
    C: Feed Roll up/dn--(ok) D: Conv fold/unfold-(ok)
NEXT PAGE FOR COMMENTS---OK.

DTI01659

**Comments:** Feed Floor PSI @ 2100 = 400
Feed Wheel PSI @ 2100 = 650

DTI01660

Date: 7 / 4 / 12          Checked by: _Tim Whaley_

DTI01661