

EXHIBIT 5
3:18-CV-256